Dear your honor my name is Ellihana Balli I'm my mothers' oldest child and daughter I'm writing this letter on behalf of me and my family I wanted to write this letter to ask for your mercy I am aware of the situation also I understand your have to do your Job to but your honor I just beg for your mercy on my mother your honor I love my mother so much she has been a great mother to me and my sisters she does everything for us even when we didn't have alot she always worked hard to give us the best childhood we could have she really does love us your honor my mothers everything to me your honor she always so supportive and caring and she would do anything for my family and my mother's just makes me feel loved and just wants me and my sisters to be great and successful in life and I appreciate her so much also my younger sister's are 7 and 10 year's old and they really need my mother they miss her so much and there growing up so quickly and they really need my mom for a lot of things your honor but I just ask for your mercy for this situation thank you so much for your time I really appreciate it have a good one sincerely Ellihana Balli.

DeAR Judge

my NAME IS HARMON.
yi, i mmiss my mom
my very much.
pLEASle LEt my momy
SAmANtha yi come Home.
tHANkyou you Honor
HARMONYyi

NOV 27-2024

To: Dear Judge.

My name is umPa yi, and I'm 76 years old. I'm Samantha yi mother.

You Honor, I'm writhing to you and I'm ask for lenieney in Sentaning my daugther Samantha yi.

I'm take care of her 3. childerms they are all girls. 10 years old. 15 years old and 7 years old. And there is no one else. You Honor, Please have mercy on my daugther Samantha yi. I would like her to come home before I die. She is a good daugther and good mother to her childrens Please I'm beging you mercy your Honor.

Thank you very much.

Sineerly your.
Mrs umPayi